**Order entered July 29, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00133-CV

## IN THE INTEREST OF M.H. AND T.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-26862**

## ORDER

Before the Court is court reporter Glenda E. Finkley's request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than August 22, 2019.

/s/     BILL WHITEHILL
JUSTICE